HOSPITALITY ASSOCIATES *v.* S.I.C.O. PORTABLE
DANCE FLOOR COMPANY
(11101)

FOTI, LANDAU and FREEDMAN, Js.

Argued November 3—decision released November 24, 1992

*Thomas E. Stevens,* for the appellant (plaintiff).

*Donna R. Zito,* for the appellee (defendant).

PER CURIAM. This matter is controlled by *Protter* v. *Brown Thompson & Co.*, 25 Conn. App. 360, 593 A.2d 524, cert. granted, 220 Conn. 910, 597 A.2d 335 (1991), appeal withdrawn (1992).

The judgment is affirmed.